ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| BENJAMIN S. CORREIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  1:24-cv-04264-RMI<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; [~~PROPOSED~~] ORDER |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Further develop the record and based on the expanded record, conduct the sequential evaluation process;

- Reevaluate the claimant's allegations, the third-party statements and the opinion evidence, in

Stip. to Remand, [1:24-cv-04264-RMI]         1

accordance with the applicable rules, and make new findings;

- Offer the claimant the opportunity for a new hearing; obtain vocational expert evidence as needed, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: January 2, 2025                By: */s/ Margaret Lehrkind*
                                      MARGARET LEHRKIND
                                      (as authorized by email)
                                      Attorneys for Plaintiff

Dated: January 6, 2025                ISMAIL J. RAMSEY
                                      United States Attorney

                              By:     /s/ *Erin Highland*
                                      ERIN HIGHLAND
                                      Special Assistant U.S. Attorney
                                      Office of Program Litigation, Office 7
                                      Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE:  January 6, 2025

THE HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

Stip. to Remand, [1:24-cv-04264-RMI]                    2