UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN S. CORREIA,

Plaintiff,

v.

SSA COMMISSIONER, et al.,

Defendants.

Case No.  26-cv-02997-AGT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Robert M. Illman for consideration of whether the case is related to *Correia v. Commissioner of Social Security*, No. 24-cv-04264-RMI.

**IT IS SO ORDERED.**

Dated: April 16, 2026

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California